UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| Ellen Bowker, by her guardian, Rose Bowker; and Shane Parsons, by her guardians, John and Rebecca Parsons, | * * * * * | |
| Plaintiffs | * * | Civil Action No. 2:10-cv-191-DBH |
| v. | * * | |
| Big Al's Self-Storage, Inc. d/b/a Big Al's Super Values and Allen S. Cohen, | * * * * | |
| Defendants | * | |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)**

NOW COME the Plaintiffs to this action, through their undersigned attorneys, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismiss this Civil Action with prejudice.

Dated: November 30, 2010

/s/ Kristin Aiello
_____
Kristin Aiello, Esq.
kaiello@drcme.org

/s/ Sean Ociepka
_____
Sean Ociepka, Esq.
sociepka@drcme.org

Attorneys for Plaintiff
Disability Rights Center
24 Stone Street
P.O. Box 2007
Augusta, Maine 04338-2007

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2010, I electronically filed the parties' Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filings(s) to all counsel of record.

Dated:   November 30, 2010        /s/ Kristin Aiello
                                                                                                                                                                                                                                                                                                                                                                                                            

                                                               Kristin Aiello, Esq.
kaiello@drcme.org

Attorney for Plaintiff
24 Stone St.
PO Box 2007
Augusta, ME 04338-2007